**Dismissed and Opinion Filed July 2, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00826-CR
No. 05-14-00827-CR
No. 05-14-00828-CR
No. 05-14-00829-CR

**TROY LEE PERKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-00645-S, F07-71769-S, F07-71970-S, F07-71990-S**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Brown
Opinion by Justice Lang

Troy Lee Perkins pleaded guilty to four aggravated robbery offenses. Pursuant to plea agreements, he was sentenced to twelve years' imprisonment in each case. Sentence was imposed in open court on January 7, 2008, and appellant did not appeal at that time. The Court now has before it appellant's June 25, 2014 "original appeal to trial court's jurisdiction pursuant to Texas Constitution article 5, § 6; VACCP art. 4.03." This is the fifth out-of-time notice of appeal appellant has filed regarding his convictions.[1] In this notice of appeal, appellant contends

---

[1] This Court has previously dismissed for want of jurisdiction appeals involving these same trial court numbers. *See Perkins v. State*, Nos. 05-14-00460—00463-CR (Tex. App.—Dallas Apr. 17, 2014, no pet.); *Perkins v. State*, Nos. 05-14-00091—00094-CR (Tex. App.—Dallas Feb. 3, 2014, pet. ref'd); *Perkins v. State*, Nos. 05-13-01119—01122-CR (Tex. App.—Dallas Sept. 11, 2013, pet. ref'd); *Perkins v. State*, No. 05-12-01511-CR (Tex. App.—Dallas Dec. 13, 2012, no pet.); *Perkins v. State*, Nos. 05-12-01512—01514-CR (Tex. App.—Dallas Nov. 28, 2012, no pet.).

the trial court's judgments of conviction are void because the trial court "lost jurisdiction" over appellant "when she was instructed that [he] was a MHMR patient."

"Jurisdiction concerns the power of a court to hear and determine a case." *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). The jurisdiction of an appellate court must be legally invoked, and, if not, the power of the court to act is as absent as if it did not exist. *See id.* at 523. To invoke the Court's jurisdiction, an appellant must file his notice of appeal within the time period provided by the rules of appellate procedure. *See id.*; *see also Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

Appellant's June 25, 2014 notice of appeal is untimely as to the January 7, 2008 convictions. *See* TEX. R. APP. P. 26.2(a)(1); *Slaton*, 981 S.W.2d at 210. This Court has no authority to grant appellant out-of-time appeals, nor do we have jurisdiction to entertain a collateral attack on his final felony convictions. *See* TEX. CODE CRIM. P. ANN. arts. 1105, 11.07 (West 2005). *See Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 484 (Tex. Crim. App. 1995) (orig. proceeding).

We dismiss the appeals for want of jurisdiction.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140826F.U05

–2–



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-14-00826-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F07-00645-S.
Opinion delivered by Justice Lang, Justices Myers and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 2nd day of July, 2014.



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-14-00827-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F07-71769-S.
Opinion delivered by Justice Lang, Justices Myers and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 2nd day of July, 2014.



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-14-00828-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F07-71970-S.
Opinion delivered by Justice Lang, Justices Myers and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 2nd day of July, 2014.



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-14-00829-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas

Trial Court Cause No. F07-71990-S.

Opinion delivered by Justice Lang, Justices Myers and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 2nd day of July, 2014.